IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CIVIL NO. 1:08CV122

| | |
|---|---|
| JEFFREY D. GREGORY,              )<br>                                                     )<br>                      **Plaintiff,**       )<br>                                                     )<br>      Vs.                                        )<br>                                                     )<br>JOHN POTTER, Postmaster General;  )<br>DAVE MILLS; and ANGELA CURTIS,   )<br>                                                     )<br>                      **Defendant.**   )<br>                                                     ) | **ORDER OF DISMISSAL** |

**THIS MATTER** is before the Court on the Plaintiff's nonpayment of the filing fees herein.

On April 16, 2008, the Court denied the Plaintiff's application to proceed in *forma pauperis* and directed that the required filing fees be paid to the Clerk within 20 days of entry of the Order. **See Order, filed April 16, 2008, at 2.** The Order warned Plaintiff that his failure to pay the fees would result in summary dismissal of the action. The deadline for payment was May 9, 2008; to date, the filing fees have not been paid.

**IT IS, THEREFORE, ORDERED** that this action is hereby **DISMISSED** for failure to pay the required filing fees.

Signed: May 12, 2008

Lacy H. Thornburg
United States District Judge